**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ABIGAIL JOHNCHARLES AND | § | |
| CHARLES JOHNCHARLES, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00507-O-BP |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and should be adopted as the Findings and Conclusions of the Court.

Because Plaintiffs have timely filed an Amended Complaint. *See* ECF No. 18, as allowed by the recommendation, Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED** as to Plaintiffs' quiet title claim and **DENIED as moot** as to all other of Plaintiffs' claims. This action will now proceed on the Amended Complaint.

**SO ORDERED** on this **19th day** of **December, 2018**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**